UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DONALD DAVIS,

    Plaintiff,

v.                                            Case No. 19-2645-KHV

THE CONGREGATIONAL HOME,

    Defendant.

### **SECOND AMENDED SCHEDULING ORDER**

The parties have filed a joint motion (ECF No. 27) to extend all deadlines in the amended scheduling order (ECF No. 21) by approximately 60 days. For good cause shown, the motion is granted and the scheduling order is further amended as follows:

    a.    A jointly filed mediation notice or confidential settlement reports to the magistrate judge are due by **July 10, 2020.** Mediation shall be held no later than **July 31, 2020.**

    b.    All discovery shall be commenced or served in time to be completed by **October 5, 2020.**

    c.    Disclosures required by Fed. R. Civ. P. 26(a)(2), including reports from retained experts, are due from defendant by **August 3, 2020.** Disclosures and reports by any rebuttal experts are due by **September 1, 2020**.

    d.    The final pretrial conference is rescheduled from August 24, 2020**,** to

**October 22, 2020, at 10:30 a.m.,** in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City, Kansas.  Unless otherwise notified, the undersigned magistrate judge will conduct the conference.  No later than **October 13, 2020**, defendant shall submit the parties' proposed pretrial order as an attachment to an e-mail directed to *ksd_ohara_chambers@ksd.uscourts.gov*.  It shall be in the form available on the court's website (*www.ksd.uscourts.gov*), and the parties shall affix their signatures according to the procedures governing multiple signatures set forth in paragraphs II(C)(2)(a) & (b) of the *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means in Civil Cases*.

  e. The deadline for filing all other potentially dispositive motions is **November 10, 2020.**

  f. At the direction of the presiding judge, the case is re-set for trial on a trial calendar that will begin on **June 7, 2021.**

All other provisions of the original and amended scheduling orders shall remain in effect.  The schedule adopted in this second amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

  IT IS SO ORDERED.

  Dated May 8, 2020, at Kansas City, Kansas.

             s/ James P. O'Hara
             James P. O'Hara
             U.S. Magistrate Judge